# Court of Appeals
# of the State of Georgia

ATLANTA, August 15, 2023

*The Court of Appeals hereby passes the following order:*

## A24E0009.  HAWBAKER v. BRITTINGHAM.

Donald Hawbaker has filed an emergency motion seeking an extension of time in which to seek discretionary review of the trial court's July 21, 2023 order. Hawbaker's motion for an extension of time is hereby GRANTED. See Court of Appeals Rule 16 (c). Hawbaker shall have until September 19, 2023 in which to file an application for discretionary appeal. All other relief sought in the emergency motion is DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 08/15/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , *Clerk.*